UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN APODACA, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING d/b/a NEWREZ MORTGGE,<br><br>               Defendant | CASE NO.: 2:23-CV-01180-HB<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Court has reviewed the Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii) submitted by Plaintiff Bryan Apodaca and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing d/b/a NewRez Mortgage (collectively, the "Parties").

The Court hereby ORDERS that the Joint Stipulation is GRANTED and entered as follows:

Plaintiff Bryan Apodaca's individual claims in the above-captioned case are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). As a Class has not been certified, this dismissal shall not affect the claims of any individual other than Plaintiff. Each Party shall bear its own fees and costs unless as otherwise provided for between the Parties.

                                                                                                  **IT IS SO ORDERED**.

Dated:  July 3 , 2023

                                                            /s/ Harvey Bartle III
                                                            The Honorable Harvey Bartle III
                                                               United States Senior Judge